IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
| | |
|---|---|
| iWORK SOFTWARE, LLC, a North Carolina Limited Liability Company | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 02 C 6355<br>) |
| v. | ) The Honorable Judge Ronald Guzman<br>) |
| CORPORATE EXPRESS, INC., a Colorado Corporation, HERMAN MILLER, INC., a Michigan corporation, W.W. GRAINGER, INC., an Illinois corporation, MOLEX INCORPORATED, a Delaware corporation, and BOISE CASCADE CORPORATION, a Delaware corporation, | ) Magistrate Judge Mason<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

FILED MAY 01 2003 RONALD A. GUZMAN, UNITED STATES DISTRICT JUDGE COURT

DOCKETED MAY 0 5 2003

## WEBMETHODS, INC.'S SUBMISSION OF INTERVENTION PLEADING

webMethods, Inc. ("webMethods") pursuant to the briefing schedule entered on April 24, 2003, hereby attaches (as Exhibit A) its proposed pleading as required by Fed. R. Civ. P. 24, which webMethods would file if permitted to intervene.

webMethods submits that its proposed pleading is virtually identical to the answers, affirmative defenses, and counterclaims that have already been plead in this action by the named Defendants, Corporate Express, Inc., Herman Miller, Inc., W.W. Grainger, Inc., Molex Incorporated, and Boise Cascade Corporation ("Customer Defendants").

On February 25, 2003, webMethods filed with this Court a motion for reassignment and consolidation (of No. 03-CV-838 assigned to the Hon. Matthew F. Kennelly) with this action, a related case (02-CV-6355), or in the alternative, for leave to intervene in the related case. The Memorandum in support of said motion is incorporated herein and attached hereto as Exhibit B.

Since the filing of webMethods' motion, Judge Kennelly issued an order on April 21, 2003 granting iWork's motion to dismiss webMethods' Complaint in 03-CV-838. webMethods filed a motion for reconsideration of that ruling on April 25, 2003 based on contractual obligations to indemnify the Customer Defendants and iWorks' claims charts (filed pursuant to protective order) that identify webMethods software as an infringing product. Judge Kennelly is expected to rule on webMethods' motion for reconsideration on May 21, 2003.[1]

WHEREFORE, webMethods requests that the court accept the attached proposed pleading in support of its motion to intervene to become a party defendant to this case.

May 1, 2003                                                  Respectfully submitted,

                                                             _____
                                                             Richard A. Schnurr
                                                             HOWREY SIMON ARNOLD & WHITE LLP
                                                             321 North Clark Street, Suite 3400
                                                             Chicago, IL  60610
                                                             312.595.1239

                                                             Joseph P. Lavelle
                                                             Jennifer M. Lee
                                                             HOWREY SIMON ARNOLD & WHITE LLP
                                                             1299 Pennsylvania Avenue NW
                                                             Washington, DC 20004
                                                             202.783.0800

                                                             Attorneys for webMethods, Inc.

---

[1] While Judge Kennelly's April 21, 2003 ruling has currently mooted webMethods motion to reassign, if the Motion for Reconsideration is granted, webMethods will move to reassign Case '838 with this related case. Alternatively, if the Motion for Reconsideration is not granted, webMethods will amend the attached proposed pleading as appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing WEBMETHODS, INC.'S SUBMISSION OF INTERVENTION PLEADING was served this 1st day of May 2003 on the following by hand delivery

John F. Flannery
Timothy P. Maloney
Rudy Kratz
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle, Suite 1600
Chicago, Illinois 60603-3406
*Attorneys for iWork Software, LLC*

Paul G. Juettner
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
*Attorneys for Corporate Express, Inc.*

Harold Johnson
Charles McMahon
BRINKS HOFER GILSON LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
*Counsel for Herman Miller, Inc.*

Mark R. Galis
GREENBERG TRAURIG, PC
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
*Attorneys for W.W. Grainger, Inc.*

John W. Kozak
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
*Attorneys for Molex Inc.*

Eric Bandfonbrener
PERKINS COIE LLC
35 West Wacker Drive, Suite 3750
Chicago, Illinois 60601
*Counsel for Boise Cascade Corporation*

Richard A. Schnurr

# SEE CASE FILE FOR EXHIBITS