IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| iWORK SOFTWARE, LLC, a North Carolina Limited Liability Company | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 02 C 6355 |
| | ) | |
| v. | ) | The Honorable Judge Ronald Guzman |
| | ) | |
| CORPORATE EXPRESS, INC., a Colorado Corporation, HERMAN MILLER, INC., a Michigan corporation, W.W. GRAINGER, INC., an Illinois corporation, MOLEX INCORPORATED, a Delaware corporation, and BOISE CASCADE CORPORATION, a Delaware corporation, | ) | Magistrate Judge Mason |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MAY 2 3 2003

## WEBMETHODS, INC.'S REVISED SUBMISSION OF INTERVENTION PLEADING

On May 1, 2003, webMethods, Inc. ("webMethods") pursuant to the briefing schedule entered on April 24, 2003, submitted its proposed pleading as required by Fed. R. Civ. P. 24. As webMethods advised the Court at the time of the May 1, 2003 filing, webMethods had filed a motion for reconsideration of Judge Kennelly's April 25, 2003 ruling dismissing webMethods declaratory judgment claim against iWork. webMethods also stated that it would revise the proposed pleading if Judge Kennelly denied the motion.

On May 21, 2003, Judge Kennelly denied the motion for reconsideration. Accordingly, webMethods submits a revised proposed Answer which does not include a declaratory judgment counterclaim.

The revised proposed Answer, which webMethods would file if permitted to intervene, is attached hereto as **Exhibit A**.

WHEREFORE, webMethods requests that the court accept the attached proposed pleading in support of its motion to intervene to become a party defendant to this case.

May 22, 2003                                    Respectfully submitted,

Michael K. Lindsey
Richard A. Schnurr
HOWREY SIMON ARNOLD & WHITE LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610
312.595.1239

Joseph P. Lavelle
Jennifer M. Lee
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004
202.783.0800

Attorneys for webMethods, Inc.

# See Case File for Exhibits